Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

Chad T. Wishchuk, Esq. (SBN 214779)
Laura B. MacNeel, Esq. (SBN 251540)
Finch, Thornton & Baird, LLP
4747 Executive Drive, Suite 700
San Diego, CA 92121
(858) 737-3100
(858) 737-3101 – Facsimile
cwishchuk@ftblaw.com
lmacneel@ftblaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. SCHMITT, a California Sole Proprietorship, <br><br> Defendant. | Case No.: 15-02980 MMC <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON** <br><br> Date: ~~January 8, 2016~~ <br> Time: 10:30 a.m. <br> Dept.: ~~Courtroom E, 15th Floor~~ <br> 450 Golden Gate Ave. <br> San Francisco, CA <br> Judge: Honorable Maxine M. Chesney |

Plaintiffs and Defendant, by and through their respective counsel of record, hereby respectfully request that the Case Management Conference, currently on calendar for January 8, 2016, and all related dates, including the parties' initial disclosure obligations pursuant to FRCP 26, be continued for approximately sixty (60) days. GOOD CAUSE exists for the granting of the continuance, as follows:

1.   As the Court's records will reflect, this action was filed by Plaintiffs on June 26, 2015 [Dkt. No. 1].

2.   Defendant was served, via substitute service, on July 2, 2015. Plaintiffs filed a Proof of Service of Summons with the Court on July 20, 2015 [Dkt. No. 8].

3.   Defendant filed an Answer to the Complaint on August 6, 2015 [Dkt. No. 10]. On September 11, 2015, the parties, through their respective counsel, conferred pursuant to FRCP 26(f). During the conference, the parties agreed to participate in further informal settlement discussions to determine whether the dispute could be resolved without further Court intervention. The parties wish to conserve party and Court resources to further this purpose.

4.   In addition, the parties participated in an ADR Phone Conference with the Court's Alternative Dispute Resolution Program on September 24, 2015. A further ADR Phone Conference is scheduled for January 5, 2016.

5.   This case involves an alleged audit and alleged trust fund contributions. In an attempt to further settlement negotiations, Defendant has recently submitted documentation to Plaintiffs' auditors, which are currently under review. Plaintiffs' auditors intend on having the review completed by the end of January 2016, if possible.

6.   Therefore, the parties jointly request a continuance of the Case Management Conference so as to allow the subject audit to be completed, and to give the parties additional time to discuss the audit results, and work to facilitate resolution of this matter without the need for further and unnecessary litigation.

//
//
//
//
//
//
//

-2-
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**CASE NO.: C15-02980 MMC**

7. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendants jointly and respectfully request that the Case Management Conference, currently scheduled for January 8, 2016, and all related dates, including the parties' disclosure obligations pursuant to FRCP 26, be continued for approximately sixty (60) days, to allow sufficient time for the subject audit to be completed and for the parties to continue their attempts to resolve this matter outside of litigation.

**SO STIPULATED.**

Dated: December 18, 2015         SALTZMAN & JOHNSON
                                 LAW CORPORATION

                        By:      _____/s/_____
                                 Adrian L. Canzoneri
                                 Attorney for Plaintiffs

Dated: December 18, 2015         FINCH, THORNTON & BAIRD, LLP

                        By:      _____/s/_____
                                 Laura B. MacNeel
                                 Attorney for Defendants

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to March 11, 2016, at 10:30 a.m. in Courtroom 7. All related deadlines, including the parties' disclosure obligations pursuant to FRCP 26 are also extended accordingly.

Date: December 18, 2015                    _____
                                           UNITED STATES DISTRICT JUDGE

-3-
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**CASE NO.: C15-02980 MMC**

P:\CLIENTS\PATCL\David M. Schmitt\Pleadings\Complaint\Second Stipulation To Continue Case Management Conference_121815.docx